**STATE of Missouri, Respondent,**

v.

**Tyrone ROBINSON, Appellant.**

**No. WD 34899.**

Missouri Court of Appeals, Western District.

March 27, 1984.

James W. Fletcher, Public Defender, Gary L. Gardner, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SOMERVILLE, P.J., and CLARK and BERREY, JJ.

ORDER

PER CURIAM.

Appeal from judgment of conviction of burglary § 569.160, RSMo 1978, and robbery § 569.020, RSMo 1978, and sentence to five years imprisonment for the burglary count and ten years on the robbery count, such sentences to run concurrently with one another, but consecutively with two prior sentences. Judgment affirmed. All concur. Rule 30.25(b).